**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Coni Ferguson,

Civil No. 01-2065 ADM/AJB

Plaintiff,

v.

**ORDER**

Wal-Mart Stores, Inc., and
Cheyenne Industries, Inc.,
(a/k/a Cheyenne Lamps,
Cheyenne Home Furnishings),

Defendants.

---

This case came before the Court on Plaintiff's motion to remand to the District Court of Hennepin County, Minnesota. Plaintiff argues that this case must be remanded because both Defendants did not join in the removal from state court. Defendants have not presented, and the Court cannot ascertain, any basis to deny the motion. For this reason, and based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion to Remand is **granted** [Docket No. 4];
2. This case is remanded to the District Court of Hennepin County, Minnesota.

Dated: 12/21/01

Arthur J. Boylan
United States Magistrate Judge

FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK